# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ROBERT E. LEE,**

      **Plaintiff,**                  **CIVIL ACTION NO. 05-CV-60238**

      vs.                              **DISTRICT JUDGE JOHN CORBETT O'MEARA**

**KARLA MCDONALD**           **MAGISTRATE JUDGE MONA K. MAJZOUB**

      **Defendant.**

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND DENYING MOTION TO STAY

Plaintiff, proceeding *in propria persona*, filed the instant civil rights complaint against Defendant on October 11, 2005. Plaintiff allegedly suffers from a mental illness. He claims that Defendant, in her capacity as an employee of Michigan Rehabilitation Services, denied him access to government services for which he should have been eligible.

Defendant filed a Motion to Dismiss Plaintiff's complaint on December 13, 2005. Plaintiff filed several pleadings[1] seeking the Court's assistance in adequately litigating his case and responding to Defendant's Motion. The Court assigned counsel to Plaintiff on May 22, 2006.

## ORDER

Plaintiff's new counsel appeared at a hearings on Defendant's Motion to Dismiss on May 22, 2006 and June 12, 2006. On June 11, Plaintiff filed the instant Motion for Leave to Amend the

---

[1]*See* docket numbers 16, 17, 21, and 23.

Complaint. For the reasons stated on the record during the June 11 hearing, Plaintiff's motion for leave is **GRANTED**.

Since Plaintiff has obtained counsel, and has been allowed to amend his complaint, his Motion to Stay (docket no. 16) and "Motion to Addition" (docket no. 21) are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: June 22, 2005                         s/ Mona K. Majzoub
                                             MONA K. MAJZOUB
                                             UNITED STATES MAGISTRATE JUDGE3.




## Proof of Service

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated:  June 22, 2006                        s/ Lisa C. Bartlett
                                             Courtroom Deputy