UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. LEE,

        Plaintiff,        CIVIL ACTION NO. 05-60238

v.

        HON. JOHN CORBETT O'MEARA

KARLA MCDONALD,

        Defendant,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
## REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Mona Majzoub's Report and Recommendation filed June 22, 2006, as well as any objections filed by the parties, and being fully advised, now therefore;

IT IS ORDERED that the Court adopts the Magistrate Judge's Report and Recommendation.

        s/John Corbett O'Meara
        United States District Judge

Dated:  September 7, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 7, 2006, by electronic mail.

        s/William Barkholz
        Case Manager