MIE 310 Order of Reference to a Magistrate Judge Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT E. LEE,

        Plaintiff,                         Case Number: 05-60238

v.                                      Honorable John Corbett O'Meara

KARLA MCDONALD,                 Magistrate Judge Mona K. Majzoub

        Defendant,
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Mona K. Majzoub for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Plaintiff's motion to amend further statements (#89), filed 9/19/07
Plaintiff's motion to amend a cause of action (#90), filed 9/24/07
Defendant's motion to strike (#92), filed 12/5/07
Plaintiff's motion to stay (#93), filed 1/03/08
Plaintiff's motion to stay (#94), filed 1/23/08
Plaintiff's motion to appoint counsel (#95), filed 2/1/08


DATE: February 21, 2008                      s/John Corbett O'Meara
                                                    United States District Judge

## CERTIFICATE OF SERVICE

I certify that a copy of this order was served upon the parties of record on the above date electronically or by ordinary mail.


                                                             s/William Barkholz
                                                            Case Manager