# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ROBERT E. LEE,**

       **Plaintiff,**                **CIVIL ACTION NO. 05-CV-60238-AA**

vs.

                                       **DISTRICT JUDGE JOHN CORBETT O'MEARA**

**KARLA MCDONALD,**            **MAGISTRATE JUDGE MONA K. MAJZOUB**

       **Defendant.**

_____/

## ORDER

This matter is before the Court on several post-judgment motions filed by Plaintiff. (Docket nos. 89, 90, 93, 94, 95). In addition, Defendant has moved to strike the first two of these motions. (Docket no. 92). All of these motions were filed after the Court entered a Consent Judgment in this matter on July 5, 2007. (Docket no. 78). Plaintiff's motions are not post-judgment motions allowed under the Federal Rules. Even if they were construed as such motions, they are frivolous. After Plaintiff filed all of these motions he requested that this Court order the settlement proceeds of the case be dispersed to him, and this Court entered an Order dispersing the funds on February 12, 2008. (Docket nos. 96, 97). Therefore, the case is settled, and Plaintiff has received the settlement proceeds.

      **IT IS THEREFORE ORDERED** that Plaintiff's post-judgment motions (docket nos. 89, 90, 93, 94, and 95) are **DENIED.**

      **IT IS FURTHER ORDERED** that Defendant's post-judgment Motion to Strike (docket no. 92) is **GRANTED.**

**NOTICE TO PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: March 03, 2008          s/ Mona K. Majzoub
                               MONA K. MAJZOUB
                               UNITED STATES MAGISTRATE JUDGE


**PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: March 03, 2008          s/ Lisa C. Bartlett
                               Courtroom Deputy