UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. LEE,

    Plaintiff,                                                             Case No. 05-60238

v.                                                                      Hon. John Corbett O'Meara

KARLA MCDONALD,

    Defendant.

_____/

**ORDER**

      Before the Court are several post-judgment motions filed by Plaintiff. (Docket Numbers 101, 103). The motions appear to be self-styled, pro se responses by Plaintiff Lee to Magistrate Judge Mona Majzoub's March 3, 2008 order denying several previous motions as frivolous. (Docket Numbers 89, 90, 93, 94, 95). The Court agrees with Magistrate Majzoub, and affirms her findings. This matter is settled; there is nothing left to litigate. Further, I wish to use this occasion to warn Plaintiff Lee that filing frivolous motions are a waste of this Court's time and resources. Should he do so again, Plaintiff Lee should fully expect to face sanctions from this Court.

      IT IS THEREFORE ORDERED that Plaintiff's motions (Docket Numbers 101, 103) are DENIED. As such, Defendant's motion to strike (Docket Number 104) is DENIED as moot.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: August 26, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 26, 2008, by electronic and/or ordinary mail.

                                                                        <u>s/William Barkholz</u>

                                                                        Case Manager